■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BURNIE E. DANIELS, Appellant. [944 NYS2d 712]—Appeal from a judgment of the Monroe County Court (Frank P. Geraci, Jr., J.), rendered December 3, 2008. The judgment convicted defendant, upon his plea of guilty, of criminal mischief in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Fahey, Peradotto and Lindley, JJ.